1  Patrick J. Reilly, Esq.
   Nevada Bar No. 6103
2  Krystal J. Gallagher, Esq.
   Nevada Bar No. 11573
3  HOLLAND & HART LLP
   9555 Hillwood Drive, Second Floor
4  Las Vegas, Nevada 89134
   Telephone (702) 669-4600
5  Facsimile (702) 669-4650
   preilly@hollandhart.com
6  kjgallagher@hollandhart.com

7  *Attorneys for Defendant Hampton &
   Hampton Collections LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHIN-LU KUO, an individual, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAMPTON & HAMPTON COLLECTIONS LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:14–cv–00209–KJD–VCF<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

6796227_1

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Chin-Lu Kuo and Defendant Hampton & Hampton Collections, LLC, by and through their respective counsel of record, Patrick J. Reilly, Esq., of Holland & Hart LLP, and Mark J. Bourassa, Esq., of The Bourassa Law Group, LLC, that the above-entitled action shall be dismissed in its entirety, with prejudice, with each party hereto to bear its or his respective attorneys' fees and costs of suit incurred herein.

DATED this 28th day of April, 2014.

*/s/ Mark J. Bourassa*
Mark J. Bourassa, Esq.
Keren E. Gesund, Esq.
The Bourassa Law Group, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Plaintiff*

DATED this 28th day of April, 2014.

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 30, 2014

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

6796227_1